# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIPLE D GEAR LLC,<br><br>  *Plaintiff*,<br>v.<br><br>SOUTHERN METHODIST UNIVERSITY,<br><br>  *Defendant*. | Case No. 3:23-cv-02396-L<br><br>**COMPLAINT** *for:*<br> **(1) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**<br><br>      *Jury Trial Demanded* |

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), and LR 81.1(a)(4)(D), Plaintiff Triple D Gear LLC ("Triple D") provides the following information:

**Corporate Disclosure Statement:** For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"): None.

**Certificate of Interested Persons:** A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Triple D Gear LLC; and
2. Southern Methodist University.

1

4870-6569-3069

Dated: November 7, 2023                     Respectfully submitted,

*/s/ Paul V. Storm*
Paul V. Storm
State Bar No.19325350
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-4701
pvstorm@foley.com

John W. MacPete
State Bar No. 00791156
MacPete IP Law
P.O. Box 224464
Dallas, Texas 75222
(214) 564-5205
jmacpete@macpeteiplaw.com

*Attorneys for Plaintiff Triple D Gear, LLC*