# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| TRIPLE D GEAR, LLC<br><br>*Plaintiff*<br><br>v.<br><br>SOUTHERN METHODIST UNIVERSITY,<br><br>*Defendant* | Civil Action No. 3:23-cv-02396-L |

**Unopposed Motion for Extension of Time to Conduct Attorney Conference**

Plaintiff Triple D Gear, LLC files this motion requesting the Court extend the May 14, 2024 deadline for the parties to confer under FED. R. CIV. P. 16(b) and 26(f)[1] to May 17, 2024. Plaintiff makes this request because its lead counsel is unexpectedly having to assist a family member who was injured in an accident. This request is not made for the purpose of delay and will not alter any other pending deadlines in this matter.

Accordingly, Plaintiff respectfully requests the deadline for the parties to confer under FED. R. CIV. P. 16(b) and 26(f) be extended from May 14, 2024 to May 17, 2024.

---

[1] Dkt. #16.

| | |
|---|---|
| May 14, 2024 | Respectfully submitted, |

**GRIFFITH BARBEE PLLC**

/s/ *Casey Griffith*
_____

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Ashley Norton
Texas Bar No. 24105886
Ashley.Norton@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on May 14, 2024.

/s/ *Casey Griffith*

Casey Griffith

## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel for the Plaintiff has complied with the meet and confer requirement in Local Rule 7.1(b), and the relief sought by the motion is unopposed.

/s/ *Casey Griffith*

Casey Griffith