**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TRIPLE D GEAR, LLC <br><br> *Plaintiff* <br><br> v. <br><br> SOUTHERN METHODIST UNIVERSITY, <br><br> *Defendant* | Civil Action No. 3:23-cv-02396-L |

### Order Granting Unopposed Motion for Extension of Time to Conduct Attorney Conference

On this day, the Court considered Plaintiff Triple D Gear, LLC's Unopposed Motion for Extension of Time to Conduct Attorney Conference (the "Motion"), requesting a three-day extension of time for the parties to conduct the conference under FED. R. CIV. P. 16(b) and 26(f). After consideration of the Motion, the Court is of the opinion the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that the parties' deadline to conduct the FED. R. CIV. P. 16(b) and 26(f) conference is extended from May 14 to May 17, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.


_____
UNITED STATES DISTRICT JUDGE