UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| **TRIPLE D GEAR, LLC,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 3:23-cv-02396-L |
| § | |
| **SOUTHERN METHODIST** § | |
| **UNIVERSITY** § | |
| *Defendant.* § | |

## PLAINTIFF'S RESPONSE AND AGREEMENT TO
## SMU's MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

COMES NOW Plaintiff Triple D Gear, LLC ("Triple D"), by and through its attorney of record and newly retained counsel, files its response and agreement to Defendant Southern Methodist University's Motion for Extension of Time to Submit Joint Status Report ("Motion"), filed this day, and presumed opposed because the undersigned counsel for Plaintiff was unable to be contacted today and thus unable to recognize Defendant's attempts to communicate.

Plaintiff agrees with the Motion and proposed order, based on recent changes of counsel for both parties.

Defendant filed a Notice of Appearance [Doc. 19], of additional counsel, on May 17, 2024.

Plaintiff's counsel filed a Motion to Withdraw and Substitute Counsel [Doc. 22] on May 21, 2024, which was granted on May 23, 2024.

This extension will be the second such request, as the Court granted Plaintiff's Unopposed Motion for Extension of Time to Conduct Attorney Conference [Doc. 17], filed May 14, 2024, on May 17, 2024, which extended the deadline to conduct the conference to May 17, 2024.

This request is not made for the purpose of delay and will not alter any other pending deadlines in this matter.

## PRAYER

Plaintiff joins with Defendant to request the deadline for the parties to submit a Joint Status Report be extended from May 29, 2024, to June 5, 2024.

> Respectfully submitted,
>
> /s/Warren V. Norred
> Warren V. Norred
> State Bar No. 24045094
> Norred Law, PLLC
> 515 E. Border Street
> Arlington, Texas 76010
> warren@norredlaw.com
> P: 817-704-3984
> F: 817-524-6686

## CERTIFICATE OF CONFERENCE

I hereby certify that my office received notice from counsel for Defendant regarding this request on May 29, 2024.

> /s/ Warren V. Norred
> Warren V. Norred

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

> /s/ Warren V. Norred
> Warren V. Norred