**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRIPLE D GEAR, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-2396-L** |
| | § | |
| **SOUTHERN METHODIST** | § | |
| **UNIVERSITY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant and Counterclaim Plaintiff Southern Methodist University's Motion for Extension of Time to Submit Joint Status Report ("Motion") (Doc. 24), filed May 29, 2024.  The Motion is Unopposed.  The court determines that the Motion should be, and is hereby, **granted**.  Accordingly, the deadline to file the Joint Status Report is **June 21, 2024**.  *No further extensions will be granted*.

**It is so ordered** this 30th day of May, 2024.

Sam A. Lindsay
United States District Judge

**Order - Solo Page**