UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TRIPLE D GEAR, LLC | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:23-CV-2396-1 |
| | § | |
| | § | |
| SOUTHERN METHODIST UNIVERSITY | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Fish & Richardson P.C._____, with offices at

7 Times Square, 20th Floor_____
(Street Address)

New York_____   New York_____   10036_____
(City)                                             (State)                    (Zip Code)

212-765-5070_____   212-258-2291_____
(Telephone No.)                                  (Fax No.)


**II.** Applicant will sign all filings with the name  Jenifer deWolf Paine_____.


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Southern Methodist University



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2850444    Admission date: 1997

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC Southern District of New York | 1997 | Active |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

_n/a_

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_Thomas H. Reger_, who has offices at

_1717 Main Street, Suite 5000_
(Street Address)

_Dallas_                _Texas_            _75201_
(City)                  (State)            (Zip Code)

_214-747-5070_          _214-747-2091_
(Telephone No.)         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _21st_ day of _June_, _2024_.

_Jenifer deWolf Paine_
Printed Name of Applicant

_/s/ Jenifer deWolf Paine_
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.