UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| TRIPLE D GEAR, LLC,<br>    *Plaintiff,* | § § § § § § § § | |
| v. | | Case No. 3:23-cv-02396-L |
| SOUTHERN METHODIST<br>UNIVERSITY<br>    *Defendant.* | | |

## STATUS REPORT ON ASSOCIATED CASE

Pursuant to this Court's Order [Doc No. 29] the parties in the instant case herein provide a report on the status of Cause No. 3:23-cv-023267-K, *City of Dallas v. Triple D Gear, LLC*:

1. The City of Dallas and Triple D Gear, LLC (the Parties) mediated their case on July 31, 2024. No settlement was reached.

2. The Parties are currently filing procedural pleadings and responses thereto regarding amendments and possible counterclaims.

3. Discovery has been performed by both Parties, and the discovery period will close on December 2, 2024.

4. Trial of the matter is set for a three-week docket beginning May 5, 2025.

Respectfully submitted,

| | |
|---|---|
| /s/Warren V. Norred | /s/Thomas H Reger II |
| Warren V. Norred | Thomas H. Reger II |
| State Bar No. 24045094 | Texas Bar No. 24032992 |
| NORRED LAW, PLLC | FISH & RICHARDSON P.C. |
| 515 E. Border Street | 1717 Main Street, Suite 5000 |
| Arlington, Texas 76010 | Dallas, Texas 75201 |
| warren@norredlaw.com | reger@fr.com |
| P: 817-704-3984 | P: 214-747-5070 |
| F: 817-524-6686 | F: 214-747-2091 |

**CERTIFICATE OF SERVICE:** I hereby certify that on September 19, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ Warren V. Norred