UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| TRIPLE D GEAR, LLC,<br>*Plaintiff,*<br><br>v.<br><br>SOUTHERN METHODIST<br>UNIVERSITY<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:23-cv-02396-L |

## STATUS REPORT ON ASSOCIATED CASE

Pursuant to this Court's Order [Doc No. 29] the parties in the instant case herein provide a report on the status of Cause No. 3:23-cv-02367-K, *City of Dallas v. Triple D Gear, LLC*:

1. The City of Dallas and Triple D Gear, LLC (the Parties) mediated their case on July 31, 2024. No settlement was reached.

2. The parties have filed and fully briefed competing motions for summary judgment. There is no hearing set on the competing motions for summary judgment as of this writing.

3. Discovery in the matter closed on December 2, 2024 and pretrial materials were filed on April 14 and 22, 2025 in preparation for trial in early May.

4. On April 29, 2025, the Court sua sponte reset trial for a three-week docket beginning October 6, 2025. The Court ordered that amended pretrial materials should be filed by September 19, 2025 and that a second face-to-face settlement conference take place.

5. The second in-person settlement conference is scheduled for September 18, 2025.

Respectfully submitted,

| | |
|---|---|
| /s/Warren V. Norred | /s/Thomas H. Reger II |
| Warren V. Norred, TBN 24045094 | Thomas H. Reger II, TBN 24032992 |
| NORRED LAW, PLLC | FISH & RICHARDSON P.C. |
| 515 E. Border Street | 1717 Main Street, Suite 5000 |
| Arlington, Texas 76010 | Dallas, Texas 75201 |
| warren@norredlaw.com | reger@fr.com |
| P: 817-704-3984, F: 817-524-6686 | P: 214-747-5070, F: 214-747-2091 |

**CERTIFICATE OF SERVICE:** I hereby certify that on September 18, 2025, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ Warren V. Norred